JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS MICHAEL THOMAS,<br><br>   Plaintiff,<br><br> v.<br><br>SGT. MICHAEL MATTOX, et al.,<br><br>   Defendants. | Case No. CV 16-02866 ODW (AFM)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice.

DATED: 11/20/2017

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE